IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

DAVID PATTERSON                                                                                    PLAINTIFF

VS.                                                             CIVIL ACTION NO.  5:04cv174DCBJMR

R. J. REYNOLDS, ET AL.                                                                        DEFENDANTS

## JUDGMENT

This matter having come on to be heard on this date upon the Report and Recommendation of the Chief United States Magistrate Judge entered in this cause, and the Court, after a full review of the record, having adopted said Report and Recommendation as the finding of this Court by Order dated this day, finds that this matter should be dismissed without prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above captioned cause be, and the same is hereby, dismissed without prejudice.

SO ORDERED this the 13th day of July, 2006.

                                                        S/DAVID BRAMLETTE
                                                        UNITED STATES DISTRICT JUDGE